**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**UNITED STATES OF AMERICA**
   **Plaintiff,**

 v.                  **Case No. 06-CR-221**

**RICKY REID**
   **Defendant.**

---

## ORDER

On March 21, 2007, I sentenced defendant Ricky Reid to 108 months in prison followed by three years of supervised release on his guilty pleas to possessing a firearm as a felon and maintaining a drug trafficking place. Defendant completed the prison sentence and commenced supervision on July 2, 2013. On February 17, 2015, defendant filed a letter requesting early termination of his supervised release. I directed the government to respond, and after consultation with defendant's supervising probation officer the government indicates that it does not oppose the request.

The court may grant early termination if the defendant has completed at least one year of supervision, the government is given notice and an opportunity to be heard, and termination is in the interest of justice based on the defendant's conduct and the pertinent sentencing factors under 18 U.S.C. § 3553(a). See 18 U.S.C. § 3583(e)(1); United States v. Medina, 17 F. Supp. 2d 245, 245-46 (S.D.N.Y. 1998). Defendant has completed more than one year, the government has been advised and does not object, and on review of defendant's letter-request, the government's response, and the entire record, I agree that early termination would be in the interest of justice.

**THEREFORE, IT IS ORDERED** that defendant's request (R. 70) is **GRANTED**, and his supervised release is hereby terminated.

Dated at Milwaukee, Wisconsin this 3rd day of March, 2015.

/s Lynn Adelman
LYNN ADELMAN
District Judge